United States District Court
Southern District of Texas
**ENTERED**
August 30, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MOISES REYNA-LEYVA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-035 |
| | § | |
| MARCO PESQUERA, *et al*, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF INTENT TO TERMINATE CASE AND ORDER SETTING DEADLINE TO OBJECT

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (D.E. 66), the parties dismissed the claims in this action and requested that the Court retain jurisdiction to enforce the terms upon which the case was compromised and settled, administratively closing the case. The anticipated time for enforcing the settlement has passed and the Court hereby gives NOTICE of its intent to enter a final judgment terminating this action. Any party objecting to entry of final judgment consistent with the order of dismissal is ORDERED to file its motion to extend the retention of jurisdiction or its motion to enforce the settlement on or before the expiration of ten (10) days from the date of this Notice and Order.

ORDERED this 30th day of August, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE